IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Leroy Earl Betz,                          :
                                          :
            Plaintiff                     :
                                          :
     v.                                   :     CIVIL NO. 3:12-CV-02152
                                          :
CAROLYN W. COLVIN, ACTING                 :     (Judge Kane)
COMMISSIONER OF SOCIAL                    :
SECURITY,                                 :
                                          :
            Defendant                     :

ORDER

August 6, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1.  The Clerk of Court shall enter judgment in favor of the Commissioner

and against Leroy Earl Betz as set forth in the following paragraph.

2.  The decision of the Commissioner of Social Security denying Leroy Earl

Betz social security disability insurance benefits is affirmed.

3.  The Clerk of Court shall close this case.

BY THE COURT:

s/Yvette Kane
Yvette Kane
United States District Judge